# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAVERICK REAL ESTATE PARTNERS LLC  *Plaintiff,*<br><br>-v-<br><br>MAVERICK COMMERCIAL PROPERTIES, CORP. and MAVERICK CAPITAL PARTNERS LLC  *Defendant.* | Case No. 21-cv-755<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MAVERICK REAL ESTATE PARTNERS LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

N/A

**Date:** 1/27/21

*[Signature]*
**Signature of Attorney**

**Attorney Bar Code:** AS 7715

Form Rule7_1.pdf   SDNY Web 10/2007