Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Maverick Real Estate Partners LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAVERICK REAL ESTATE PARTNERS LLC<br>*Plaintiff*<br><br>v.<br><br>MAVERICK COMMERCIAL PROPERTIES, CORP. and MAVERICK CAPITAL PARTNERS LLC<br>*Defendants* | **CIVIL ACTION No.**<br>**21-cv-755 (PGG)** |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Maverick Real Estate Partners LLC ("Plaintiff"), by its undersigned attorneys, hereby gives notice of settlement between Plaintiff and Defendants Maverick Commercial Properties, Corp. and Maverick Capital Partners LLC and notice of dismissal of all claims against Defendants with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated:  March 8, 2021                    Respectfully submitted,

                                         **EPSTEIN DRANGEL LLP**

                                         BY:    /s/ Ashly E. Sands_____
                                                Ashly E. Sands (AS 7715)
                                                asands@ipcounselors.com
                                                EPSTEIN DRANGEL LLP
                                                60 East 42nd Street, Suite 2520
                                                New York, NY 10165
                                                Telephone:     (212) 292-5390
                                                Facsimile:     (212) 292-5391
                                                *Attorneys for Plaintiff*
                                                *Maverick Real Estate Partners LLC*

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
 Dated: March 10, 2021